## MILLER v. BLOCHER.

Court of Appeals of Kentucky.

(Decided May 23, 1933.)

A. M. MARRET for movant.

ELMER H. HICKS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## BANKERS LIFE COMPANY v. CAMPBELL.

Court of Appeals of Kentucky.

(Decided May 30, 1933.)

WILLIAM MARSHALL BULLITT, BRUCE & BULLITT, and LEO T. WOLFORD for movant.

J. R. WELLS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## MOBILE AND OHIO R. R. CO. v. GRAVES.

Court of Appeals of Kentucky.

(Decided May 30, 1933.)

WHEELER, WHEELER & SHELBOURNE for movant.

T. M. COLLINS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.